IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VICTOR MANUEL TALAVERA-TALAVERA and          PLAINTIFFS
MARCO ANTONIO TALAVERA-LEMUS

v.          CASE NO. 5:15CV00123 BSM

CATER FARM & PLANTING, LLC          DEFENDANT

## JUDGMENT

Consistent with the order entered on this date, this case is hereby dismissed with prejudice.

DATED this 9th day of June 2016.

_____
UNITED STATES DISTRICT JUDGE